IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00323-EWN-MEH

ALEXA CORNELL,

    Plaintiff,

v.

HARMONY HOMES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 17, 2007.**

The parties' Joint Motion to Amend Scheduling Order and to Vacate Preliminary Pretrial Conference [Filed April 16, 2007; Docket #24] is **granted** in part and **denied** in part. The discovery deadlines are modified as follows:

| | |
|---|---|
| Expert disclosures: | May 14, 2007 |
| Rebuttal expert disclosures: | June 7, 2007 |
| Discovery cut-off: | June 11, 2007 |

Dispositive Motion deadline set by District Judge Nottingham remains June 19, 2007.

The settlement conference AND the preliminary pretrial conference remain set for April 24, 2007. A preliminary pretrial conference is scheduled in the middle of discovery to ensure the parties have narrowed the issues before the close of discovery. Given the shorter discovery schedule in this case, the parties' request to vacate the preliminary pretrial conference is **denied**. The proposed preliminary pretrial order is to be docketed through ECF and submitted to Chambers via email at *Hegarty_Chambers@cod.uscourts.gov* on or before April 20, 2007.

Parties and counsel are hereby reminded that any hearings or conferences set in this case after April 18, 2007 are scheduled to take place in Courtroom C-203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.